UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>ROSANA LIM-JAVATE, et al.,<br><br>    Defendants. | Case No. 16-cv-01278-SI<br><br>**ORDER EXTENDING DEADLINES**<br><br>Re: Dkt. No. 9 |

    Defendants have filed a second *ex parte* request for an extension of the deadline to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Harry Gower, the court GRANTS the request. (Docket No. 9.) The court now sets the following new briefing schedule for dispositive motions: Defendants must file and serve their dispositive motion no later than **November 4, 2016**. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **December 2, 2016**. Defendants must file and serve their reply brief (if any) no later than **December 16, 2016**.

    **IT IS SO ORDERED**.

Dated: September 26, 2016

SUSAN ILLSTON
United States District Judge