UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SMITH, <br>     Plaintiff, <br>   v. <br> ROSANA LIM-JAVATE, et al., <br>     Defendants. | Case No. 16-cv-01278-SI <br><br> **JUDGMENT** |

Defendants' motion for summary judgment having been granted, judgment is now entered in favor of defendants and against plaintiff on all of plaintiff's claims.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 9, 2017

SUSAN ILLSTON
United States District Judge